### THE CITY OF CHICAGO

### *v.*

### JULIUS CORCORAN.

*Opinion filed April 16, 1902.*

SPECIAL ASSESSMENTS—*what does not amount to arbitrary subdivision of land.* A provision in a sewer ordinance for "house connection slants of six inches internal diameter," to be placed on both sides of the sewer opposite each twenty-five feet of lot frontage, does not amount to an arbitrary subdivision of land assessed as an entire tract by its legal description. (*Vandersyde* v. *People*, 195 Ill. 200, followed.)

APPEAL from the County Court of Cook county; the Hon. WILLIAM T. HODSON, Judge, presiding.

EDGAR BRONSON TOLMAN, and ROBERT REDFIELD, for appellant.

MASON & NOYES, for appellee.

Per CURIAM: This is a petition filed in the county court of Cook county by the city of Chicago for the confirmation of a special assessment levied to defray the cost of constructing a sewer, with man-holes and catch-basins, in Fargo avenue, from Forest street to a point 415 feet east of the easterly line of Sheridan road, in the city of Chicago. The ordinance provided: "House connection slants of six (6) inches internal diameter shall be placed on both sides of said sewer opposite each twenty-five (25) feet of lot frontage." The appellee appeared and filed numerous objections. The only one relied upon, however, was that his land had been arbitrarily subdivided into 25-foot lots, which was sustained by the county court.

The property of appellee is an unsubdivided lot with a frontage upon Fargo avenue of 305 feet and a depth of 161 feet, and the assessment was made upon the entire tract as a whole, according to its legal description.

Under the authority of *Vandersyde* v. *People*, 195 Ill. 200, this was not a subdivision of appellee's property, and the assessment should have been confirmed.

The judgment of the county court is reversed and the cause remanded.

*Reversed and remanded.*